**FILED**

Apr 26, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) JORGE CALDERON-CAMPOS,<br>(2) ALBERTO GOMEZ-SANTIAGO,<br>(3) BYRON ADILIO ALFARO-SANDOVAL,<br>(4) JOHNATHAN BENJAMIN TORRES,<br>(5) JOSE ANGEL BELTRAN-CHAIDEZ,<br>AND (7) MARK GARCIA,<br><br>Defendants. | CASE NO. 1:22-MJ-00060-EPG<br><br>ORDER FILING AND UNSEALING REDACTED COMPLAINT AND REDACTED AFFIDAVIT. |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the redacted complaint and redacted affidavit in the above-captioned matter are hereby ordered filed and unsealed.

Dated: 4/26/2022

*Sheila K. Oberto*
Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINTS